UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY <br> AND ETHICS IN WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH & <br> HUMAN SERVICES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 19-2254 (RC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STATUS REPORT

Plaintiff, Citizens for Responsibility and Ethics in Washington ("CREW"), and defendant, the U.S. Department of Health and Human Services ("HHS"), respectfully submit this joint status report to apprise the Court of the situation in this Freedom of Information Act ("FOIA") case. CREW's complaint concerns two FOIA requests submitted to defendant.

### May 7, 2019, request

The first request, submitted on May 7, 2019, sought all documents from January 1, 2017, to the present mentioning, referencing, or involving both General John F. Kelly (ret.) and any of the following entities or facilities: Caliburn International, LLC; Comprehensive Health Services, LLC (also known as CHSi); D.C. Capital Partners; or the Homestead Jobs Corps facility in Homestead, Florida. This request seeks without limitation any responsive records in the possession, custody, or control of the following HHS components: Office of the Secretary, Office of the Assistant Secretary for Administration, Office of the Assistant Secretary for Financial Resources, and Administration for Children and Families.

By letter dated May 9, 2019, HHS informed CREW that it was unable to perform an adequate search because the request did not specify custodians to be searched. CREW

responded by email dated May 9, 2019, that its request reasonably described the records sought and noted that the request identified a date range, search terms, and specific components likely to have responsive records. HHS then agreed to perform a search, but subsequently responded by letter dated June 7, 2019, that it was unable to do so because the request was fatally overbroad and burdensome. CREW responded on June 10, 2019, that its request reasonably described the records sought, specified HHS components to be searched, and noted that it sought only documents expressly mentioning both John F. Kelly and the listed agencies.

HHS states that it has identified several custodians to search and has submitted those searches for processing. HHS is searching for responsive records in four offices: the Office of the Secretary (OS); the Office of the Assistant Secretary for Administration (ASA); the Office of the Assistant Secretary for Financial Resources (ASFR); and the Administration for Children and Families (ACF). HHS has completed an initial search of OS using search terms "General John F. Kelly", "John F. Kelly", "Caliburn International, LLC", "Comprehensive Health Services", "LLC (CHSi)", "and D.C. Capital Partners", and "Homestead Jobs Corps facility in Homestead, Florida". That initial search returned no records, but HHS expects to submit an additional search request. The searches of ASA and ASFR returned only non-responsive pages, but HHS expects to search a second time in one or both of those offices. Finally, as for ACF, HHS has identified the relevant custodians and requested searches, and the search has identified 33 pages of potentially responsive records for review with one custodian remaining to be searched.

## May 10, 2019, request

The second request, submitted on May 10, 2019, sought all emails from January 2, 2019 to the present between former White House Chief of Staff John F. Kelly and any of the following HHS officials: (1) Alex M. Azar II, Secretary; (2) Eric D. Hargan, Deputy Secretary; (3) Peter Urbanowicz, Chief of Staff; (4) Brian Harrison, Deputy Chief of Staff; (5) Scott Rowell,

Assistant Secretary for Administration; (6) Jennifer Moughalian, Acting Assistant Secretary for Financial Resources; (7) Lynn Johnson, Assistant Secretary, Administration for Children and Families; or (8) Robert P. Charrow, General Counsel.

HHS has submitted those searches for processing. One of the searches is complete and has returned approximately 1,000 pages of potentially responsive records. The remaining searches should be complete in the coming weeks, at which point HHS will be able to state the volume of records to process and to propose a concrete schedule.

## Proposed Schedule

HHS anticipates completing its review of the approximately 1,033 potentially responsive pages identified to date within 30 days, and that it will release to CREW any responsive non-exempt records identified through that review by December 2, 2019. Additionally, HHS anticipates completing its search responsive to the May 10 request by Monday, November 4, after which it will be able to describe the volume of records to review and to propose a processing schedule.

The parties propose that they file another status report within 30 days, i.e., by December 2, 2019, describing the status of HHS's search efforts, the results to the extent they are known, and a proposed processing timetable. A proposed order is attached.

                                                    Respectfully submitted,

                                                    JESSIE K. LIU, D.C. Bar No. 472845
                                                    United States Attorney

                                                    DANIEL F. VAN HORN, D.C. Bar No. 924092
                                                    Chief, Civil Division

By:    /s/  *Damon Taaffe*
DAMON TAAFFE, D.C. Bar No. 483874
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2544
damon.taaffe@usdoj.gov

*Counsel for Defendant*

*/s/ Nikhel Sus*
NIKHEL S. SUS
(D.C. Bar No. 1017937)
ANNE L. WEISMANN
(D.C. Bar. No. 298190)
Citizens for Responsibility and Ethics in Washington
1101 K St. NW, Suite 201
Washington, D.C. 20005
Telephone: (202) 408-5565
Fax: (202) 588-5020
nsus@citizensforethics.org
aweismann@citizensforethics.org

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES,<br><br>    Defendant. | Civil Action No.: 19-2254 (RC) |

## **[PROPOSED] ORDER**

The parties shall file another joint status report by December 2, 2019, describing the status of HHS's search efforts, the results to the extent they are known, and a proposed processing timetable.

SO ORDERED.

_____                         _____
Date                                                   Rudolph Contreras
                                                             United States District Judge