UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 19-2254 (RC)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Plaintiff, Citizens for Responsibility and Ethics in Washington ("CREW"), and defendant, the U.S. Department of Health and Human Services ("HHS"), respectfully submit this joint status report to apprise the Court of the situation in this Freedom of Information Act ("FOIA") case. CREW's complaint concerns two FOIA requests submitted to defendant.

**May 7, 2019, request**

The first request, submitted on May 7, 2019, sought all documents from January 1, 2017, to the present mentioning, referencing, or involving both General John F. Kelly (ret.) and any of the following entities or facilities: Caliburn International, LLC; Comprehensive Health Services, LLC (also known as CHSi); D.C. Capital Partners; or the Homestead Jobs Corps facility in Homestead, Florida. This request seeks without limitation any responsive records in the possession, custody, or control of the following HHS components: Office of the Secretary, Office of the Assistant Secretary for Administration, Office of the Assistant Secretary for Financial Resources, and Administration for Children and Families.

HHS has identified several custodians to search and has submitted those searches for processing. HHS is searching for responsive records in four offices: the Office of the Secretary

(OS); the Office of the Assistant Secretary for Administration (ASA); the Office of the Assistant Secretary for Financial Resources (ASFR); and the Administration for Children and Families (ACF). HHS has completed an initial search of OS using search terms "General John F. Kelly", "John F. Kelly", "Caliburn International, LLC", "Comprehensive Health Services", "LLC (CHSi)", "and D.C. Capital Partners", and "Homestead Jobs Corps facility in Homestead, Florida". That initial search returned no records, but HHS submitted additional searches and is awaiting the results of those searches. The searches of ASA and ASFR returned only non-responsive pages, but HHS expects to search a second time in one or both of those offices. Finally, as for ACF, HHS has identified the relevant custodians and requested searches, and the search has identified 33 pages of potentially responsive records for review with one custodian remaining to be searched.

## May 10, 2019, request

The second request, submitted on May 10, 2019, sought all emails from January 2, 2019 to the present between former White House Chief of Staff John F. Kelly and any of the following HHS officials: (1) Alex M. Azar II, Secretary; (2) Eric D. Hargan, Deputy Secretary; (3) Peter Urbanowicz, Chief of Staff; (4) Brian Harrison, Deputy Chief of Staff; (5) Scott Rowell, Assistant Secretary for Administration; (6) Jennifer Moughalian, Acting Assistant Secretary for Financial Resources; (7) Lynn Johnson, Assistant Secretary, Administration for Children and Families; or (8) Robert P. Charrow, General Counsel.

HHS's search is complete for the May 10 request, and it located 21,090 potentially responsive pages to process.

## Processing Status

As described in the status report filed on December 2, HHS has processed the 1,033 potentially responsive pages described in the prior status report, releasing the 36 pages that it

found to be responsive. Moving forward, HHS proposes to process 1,000 pages of potentially responsive material every 45 days, and to make releases of any responsive, nonexempt material on the 15th or last day of the month as appropriate. The next production will be made by January 31, 2020.

The parties propose that they file status reports every 60 days, with the next report being on February 3, 2020. A proposed order is attached.

Respectfully submitted,

JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:  /s/  *Damon Taaffe*
DAMON TAAFFE, D.C. Bar No. 483874
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2544
damon.taaffe@usdoj.gov

*Counsel for Defendant*

/s/ *Nikhel Sus*
NIKHEL S. SUS
(D.C. Bar No. 1017937)
ANNE L. WEISMANN
(D.C. Bar. No. 298190)
Citizens for Responsibility and Ethics in Washington
1101 K St. NW, Suite 201
Washington, D.C. 20005
Telephone: (202) 408-5565
Fax: (202) 588-5020
nsus@citizensforethics.org
aweismann@citizensforethics.org

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 19-2254 (RC)<br>)<br>)<br>)<br>)<br>)<br>) |

## **[PROPOSED] ORDER**

The parties shall file another joint status report by February 3, 2020.

SO ORDERED.

_____         _____
Date                                                          Rudolph Contreras
                                                                     United States District Judge

4