UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES,<br><br>        Defendant. | Civil Action No. 19-2254 (RC) |

**JOINT STATUS REPORT**

Plaintiff, Citizens for Responsibility and Ethics in Washington ("CREW"), and defendant, the U.S. Department of Health and Human Services ("HHS"), respectfully submit this joint status report to apprise the Court of the situation in this Freedom of Information Act ("FOIA") case. CREW's complaint concerns two FOIA requests submitted to defendant.

**May 7, 2019, request**

The first request, submitted on May 7, 2019, sought all documents from January 1, 2017, to the present mentioning, referencing, or involving both General John F. Kelly (ret.) and any of the following entities or facilities: Caliburn International, LLC; Comprehensive Health Services, LLC (also known as CHSi); D.C. Capital Partners; or the Homestead Jobs Corps facility in Homestead, Florida. This request seeks without limitation any responsive records in the possession, custody, or control of the following HHS components: Office of the Secretary, Office of the Assistant Secretary for Administration, Office of the Assistant Secretary for Financial Resources, and Administration for Children and Families.

HHS has identified several custodians to search and has submitted those searches for processing. HHS is searching for responsive records in four offices: the Office of the Secretary

("OS"); the Office of the Assistant Secretary for Administration ("ASA"); the Office of the Assistant Secretary for Financial Resources ("ASFR"); and the Administration for Children and Families ("ACF"). HHS has completed an initial search of OS using search terms "General John F. Kelly", "John F. Kelly", "Caliburn International, LLC", "Comprehensive Health Services", "LLC (CHSi)", "and D.C. Capital Partners", and "Homestead Jobs Corps facility in Homestead, Florida". That initial search returned no records, but HHS submitted additional searches and has received the results of those searches.  It is currently in the process of uploading and deduplicating those potentially responsive records to determine a page count.  The searches of ASA and ASFR returned only non-responsive pages, but HHS expects to search a second time in one or both of those offices. Finally, as for ACF, HHS has identified the relevant custodians and requested searches, and the search has identified 33 pages of potentially responsive records for review.  ACF has completed its searches and did not locate any additional responsive documents.

### May 10, 2019, request

The second request, submitted on May 10, 2019, sought all emails from January 2, 2019 to the present between former White House Chief of Staff John F. Kelly and any of the following HHS officials: (1) Alex M. Azar II, Secretary; (2) Eric D. Hargan, Deputy Secretary; (3) Peter Urbanowicz, Chief of Staff; (4) Brian Harrison, Deputy Chief of Staff; (5) Scott Rowell, Assistant Secretary for Administration; (6) Jennifer Moughalian, Acting Assistant Secretary for Financial Resources; (7) Lynn Johnson, Assistant Secretary, Administration for Children and Families; or (8) Robert P. Charrow, General Counsel.

HHS's search is complete for the May 10 request, and it located 21,090 potentially responsive pages to process.

### Processing Status

As described in the status report filed on December 2, HHS has processed the 1,033 potentially responsive pages described in the prior status report, releasing the 36 pages that it found

to be responsive.  Moving forward, HHS proposes to process 1,000 pages of potentially responsive material every 45 days, and to make releases of any responsive, nonexempt material on the 15th or last day of the month as appropriate.  HHS processed 1,000 pages of potentially responsive material and made its interim response on January 31, 2020.  The next production will be made by March 15, 2020.

      The parties propose that they file status reports every 60 days, with the next report being on April 3, 2020.

Dated: February 3, 2020                      Respectfully submitted,

                                              TIMOTHY J. SHEA, D.C. Bar No. 437437
                                              United States Attorney

                                              DANIEL F. VAN HORN, D.C. Bar No. 924092
                                              Chief, Civil Division

                              By:     /s/ Robert A. Caplen
                                              Robert A. Caplen, D.C. Bar No. 501480
                                              Assistant United States Attorney
                                              555 Fourth Street, N.W.
                                              Washington, D.C. 20530
                                              (202) 252-2523
                                              robert.caplen@usdoj.gov

                                              *Counsel for Defendant*


                                              /s/ Nikhel S. Sus
                                              Nikhel S. Sus, D.C. Bar No. 1017937
                                              Anne L. Weismann, D.C. Bar. No. 298190
                                              Citizens for Responsibility and Ethics in Washington
                                              1101 K St. NW, Suite 201
                                              Washington, D.C. 20005
                                              Telephone: (202) 408-5565
                                              Fax: (202) 588-5020
                                              nsus@citizensforethics.org
                                              aweismann@citizensforethics.org

                                              *Counsel for Plaintiff*