UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 19-2254 (RC) |
| U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, | ) ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Plaintiff, Citizens for Responsibility and Ethics in Washington ("CREW"), and defendant, the U.S. Department of Health and Human Services ("HHS"), respectfully submit this joint status report to apprise the Court of the situation in this Freedom of Information Act ("FOIA") case. CREW's complaint concerns two FOIA requests submitted to HHS.

**May 7, 2019, Request**

The first request, submitted on May 7, 2019, sought all documents from January 1, 2017, to the present mentioning, referencing, or involving both General John F. Kelly (ret.) and any of the following entities or facilities: Caliburn International, LLC; Comprehensive Health Services, LLC (also known as CHSi); D.C. Capital Partners; or the Homestead Jobs Corps facility in Homestead, Florida. This request seeks without limitation any responsive records in the possession, custody, or control of the following HHS components: Office of the Secretary, Office of the Assistant Secretary for Administration, Office of the Assistant Secretary for Financial Resources, and Administration for Children and Families.

HHS has identified several custodians to search and has submitted those searches for processing. HHS is searching for responsive records in four offices: the Office of the Secretary ("OS");

the Office of the Assistant Secretary for Administration ("ASA"); the Office of the Assistant Secretary for Financial Resources ("ASFR"); and the Administration for Children and Families ("ACF"). HHS has completed an initial search of OS using search terms "General John F. Kelly", "John F. Kelly", "Caliburn International, LLC", "Comprehensive Health Services", "LLC (CHSi)", "and D.C. Capital Partners", and "Homestead Jobs Corps facility in Homestead, Florida". That initial search returned no records, but HHS submitted additional searches and has received the results of those searches. HHS has completed uploading the search results, which total over 340,000 pages of potentially responsive records. HHS conferred with Plaintiff and narrowed the results to 59 files. Those files were reviewed and processed as part of the April 30, 2020 release. The initial searches of ASA and ASFR returned only non-responsive pages. HHS included ASFR and ASA in the subsequent search that resulted in 340,000 pages of potentially responsive records. Finally, as for ACF, HHS has identified the relevant custodians and requested searches, and the search has identified 33 pages of potentially responsive records for review. ACF has completed its searches and did not locate any additional responsive documents.

**May 10, 2019, Request**

The second request, submitted on May 10, 2019, sought all emails from January 2, 2019 to the present between former White House Chief of Staff John F. Kelly and any of the following HHS officials: (1) Alex M. Azar II, Secretary; (2) Eric D. Hargan, Deputy Secretary; (3) Peter Urbanowicz, Chief of Staff; (4) Brian Harrison, Deputy Chief of Staff; (5) Scott Rowell, Assistant Secretary for Administration; (6) Jennifer Moughalian, Acting Assistant Secretary for Financial Resources; (7) Lynn Johnson, Assistant Secretary, Administration for Children and Families; or (8) Robert P. Charrow, General Counsel.

HHS's search is complete for the May 10 request, and it located 21,090 potentially responsive pages to process. HHS and Plaintiff are conferring in an attempt to narrow the volume of potentially responsive material.

**Processing Status**

As described in the status report filed on December 2, 2019, HHS has processed the 1,033 potentially responsive pages described in the prior status report, releasing the 36 pages that it found to be responsive. Moving forward, HHS proposes to process 1,000 pages of potentially responsive material every 45 days, and to make releases of any responsive, nonexempt material on the 15th or last day of the month as appropriate. HHS processed 1,000 pages of potentially responsive material and made its interim response on January 31, 2020. For its second interim response made on March 13, 2020, HHS processed 1,000 pages. For its third interim response made on April 30, 2020, HHS processed 1,000 pages. The next production will be made by June 15, 2020.

The parties propose that they file status reports every 60 days, with the next report due being on August 1, 2020.

Dated: June 2, 2020	Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:	/s/ Robert A. Caplen
Robert A. Caplen, D.C. Bar No. 501480
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2523
robert.caplen@usdoj.gov

*Counsel for Defendant*

/s/ Nikhel S. Sus
Nikhel S. Sus, D.C. Bar No. 1017937
Anne L. Weismann, D.C. Bar. No. 298190
Citizens for Responsibility and Ethics in Washington
1101 K St. NW, Suite 201
Washington, D.C. 20005
Telephone: (202) 408-5565
Fax: (202) 588-5020
nsus@citizensforethics.org
aweismann@citizensforethics.org

*Counsel for Plaintiff*